UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **SHANNON RIVENBARK and KAYLAH CASUCCIO**, Individually and on behalf of all others similarly situated | § § § | Civil Action No. 4:17-cv-03786 |
| *Plaintiffs*, | § § | **JURY TRIAL DEMANDED** |
| v. | § § § | **COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b)** |
| **JPMORGAN CHASE & CO.** | § § § | **CLASS ACTION PURSUANT TO FED. R. CIV. P. 23(b)** |
| *Defendant.* | § | |

**PLAINITFFS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS**

Plaintiffs Shannon Rivenbark and Kaylah Casuccio, individually and on behalf of all others similarly situated, file this Unopposed Motion for Leave to Exceed Page Limits ("Motion") in its Reply in Support of Plaintiffs' Motion for Conditional Certification and Notice to the Putative Class ("Reply") and will respectfully show the following:

**I.**

This Court requires a party to file a motion or leave before filing a reply that exceeds 10 pages. Plaintiffs seek a 5-page extension of this limit, to 15 pages, for its Reply. This extension is necessary to allow Plaintiffs to fully address the arguments raised by Defendant JPMorgan Chase & Co. ("Chase") in its Response. Chase is unopposed to the relief requested herein.

**II.**

For the foregoing reasons, Plaintiffs respectfully pray that this Court GRANT their motion and permit them to exceed the page limit by 5 pages.

Date: June 15, 2018

Respectfully submitted,

**ANDERSON ALEXANDER, PLLC**

By:  /s/ *Clif Alexander*
**Clif Alexander**
Federal I.D. No. 1138436
Texas Bar No. 24064805
clif@a2xlaw.com
**Austin W. Anderson**
Federal I.D. No. 777114
Texas Bar No. 24045189
austin@a2xlaw.com
**Lauren E. Braddy**
Federal I.D. No. 1122168
Texas Bar No. 24071993
lauren@a2xlaw.com
**Alan Clifton Gordon**
Federal I.D. No. 19259
Texas Bar No. 00793838
cgordon@a2xlaw.com
**Carter T. Hastings**
Federal I.D. No. 3101064
Texas Bar No. 24101879
carter@a2xlaw.com
**George Schimmel**
Federal I.D. No. 2338068
Texas Bar No. 24033039
geordie@a2xlaw.com
819 N. Upper Broadway
Corpus Christi, Texas 78401
Telephone: (361) 452-1279
Facsimile: (361) 452-1284

**Attorneys in Charge for Plaintiffs and the Putative Class Members**

Case 4:17-cv-03786   Document 58   Filed on 06/15/18 in TXSD   Page 3 of 3

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with Stefanie Moll, Defendant's counsel of record and they Defendant is unopposed to the relief requested herein.

/s/ Clif Alexander
Clif Alexander

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2018, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Texas using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Clif Alexander
Clif Alexander