United States District Court
Southern District of Texas
**ENTERED**
March 06, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHANNON RIVENBARK and KAYLAH CASUCCIO, Individually and on behalf of all others similarly situated, | § § § § | |
| PLAINTIFFS, | § § | Civ. Action No. 4:17-cv-03786 |
| v. | § § | |
| JPMORGAN CHASE & CO., | § § | |
| DEFENDANT. | § § | |

**ORDER**

Before the Court is Plaintiffs Shannon Rivenbark and Kaylah Casuccio and Defendant JPMorgan Chase Bank, N.A.'s (together, the "Parties") Joint Motion to Stay All Proceedings and Case Deadlines Pending Mediation (the "Motion"). The Court finds that the Motion is well taken and should be in all things GRANTED.

It is therefore ORDERED that all proceedings in this case and all case deadlines shall be stayed for one hundred and twenty (120) days from the date of this order. The Court further ORDERS the Parties to provide the Court a status report within ten (10) days of the expiration of the stay period notifying the Court whether the case has been resolved.

On this ____5th____ day of ____March____, 2019.

_____
KEITH ELLISON
UNITED STATES DISTRICT JUDGE